**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

**Date: 12/7/09**

**In re:   Case No.:   09–25699 WIL      Chapter:   13**

Zoe M. Artis
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 28 – Opposition on behalf of Zoe M. Artis Filed by Adam M. Freiman (related document(s)[23] Relief from Stay and Notice of Motion filed by Creditor DLJ MORTGAGE CAPITAL, INC. c/o SELECT PORTFOLIO SERVICING, INC.). (Freiman, Adam)

PROBLEM: The pleading is not captioned and/or titled correctly. (Federal Bankruptcy Rule 7010(a) or 9004(b)

CURE: A pleading that is correctly captioned and/or titled must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 12/21/09.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, S Rudolf410–962–4425

cc:   Debtor(s)
      Attorney for Debtor(s) – Adam M. Freiman
      Trustee

Form defntc (01/06)